**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YEHSHYA SPRUNG,<br><br>                Plaintiff,<br>   vs.<br><br>**NATIONAL RECOVERY AGENCY,**<br>                Defendant. | Civil Action No. CV-007956-15/KI |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. § 1441(b) and 28 U.S.C. § 1331, Defendant, National Recovery Agency ("NRA") by and through its counsel, Peltan Law, PLLC, hereby removes the action entitled <u>Yehshya Sprung v. National Recovery Agency</u>, docket no. CV-007956-15/KI, as filed in the Kings County Civil Court, State of New York ("the Action"), to the United States District Court for the Eastern District of New York, based upon the following:

    1. On or about February 17, 2015, Plaintiff, Yehshya Sprung filed the Action in the Kings County Civil Court, State of New York at docket number CV-007956-15/KI. A true and correct copy of Plaintiff's Complaint in the Action is attached hereto as Exhibit "A."

    2. NRA first received notice of the Action on March 3, 2015, when it was served with Plaintiff's Complaint.

    3. Based on the foregoing, NRA has timely filed this Notice of Removal within thirty days of being served with the Complaint and within thirty days of the date that the Action was first removable. <u>See</u> 28 U.S.C. § 1446(b).

    4. The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by NRA pursuant to the provisions of 28 U.S.C. § 1441 (b), in that Plaintiff has alleged, *inter alia*, that NRA violated the Fair Debt

Collection Practices Act, 15 U.S.C. § 1692, *et seq*. thereby asserting a claim that arises under federal law.

5. In that the cause of action alleged by the Plaintiff arises from the performance of obligations of the parties within Kings County, NY, the United States District Court for the Eastern District of New York should be assigned the Action.

6. Pursuant to 28 U.S.C. § 1446(d), NRA will file a copy of this Notice of Removal with the Clerk of the United States District Court for the Eastern District of New York, will serve Plaintiff with a copy of this Notice of Removal and will file Kings County Civil Court, State of New York.

**WHEREFORE**, Defendant, National Recovery Agency notifies this Court that this cause of action is removed from the Kings County Civil Court, State of New York to the United States District Court for the Eastern District of New York pursuant to the provisions of 28 U.S.C. §§ 1331, and 1446.

        Respectfully submitted,

        **PELTAN LAW, PLLC**

By:     s/ David G. Peltan
DAVID G. PELTAN, ESQUIRE (DP6862)
    128 Church Street
    East Aurora, NY 14052
    (716) 374-5431
    davidpeltan@peltanlaw.com
    Attorneys for Defendant
    National Recovery Agency

Dated: April 2, 2015

## CERTIFICATE OF SERVICE

I, David G. Peltan, Esquire, do hereby certify that a true and correct copy of Defendant, National Recovery Agency's **Notice of Removal** was served upon the below-listed counsel for Plaintiff by U.S. mail and electronic mail on April 2, 2015:

Daniel Kohn, Esquire
RC Law Group PLLC
285 Passaic Street
Hackensack, New Jersey 07601
ysaks@rclawgroup.com

**PELTAN LAW, PLLC**

By:     s/ David G. Peltan
DAVID G. PELTAN, ESQUIRE (DP6862)
    Attorneys for Defendant
    National Recovery Agency